# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MICHAEL A. KONETSCO, | : | No. 185 MM 2015 |
| Petitioner | : | |
| v. | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.